United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00470-JAW
Anthony Todd Leggett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 3
Date Rcvd: Apr 29, 2025  Form ID: n031  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Todd Leggett, 200 Richard Cv, Pearl, MS 39208-6398 |
| 5492291 | + | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5477136 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 29 2025 19:50:58 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5477137 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 29 2025 20:01:30 | Affirm, Inc., 650 California St, San Francisco, CA 94108-2716 |
| 5487185 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2025 20:01:33 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5477138 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2025 19:50:57 | Ally Credit Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5477141 | + | Email/Text: BKPT@cfna.com | Apr 29 2025 19:47:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5480672 | | Email/Text: BKPT@cfna.com | Apr 29 2025 19:47:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5477139 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 19:51:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5477140 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 20:01:36 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5477142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 20:01:36 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5477143 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 20:01:33 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5477149 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 20:01:33 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th St N, Sioux Falls, SD 57104 |
| 5477144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 20:01:30 | Dillards/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5499251 | | Email/Text: mrdiscen@discover.com | Apr 29 2025 19:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5477145 | + | Email/Text: mrdiscen@discover.com | Apr 29 2025 19:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5477146 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 29 2025 19:47:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5477147 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2025 19:48:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: n031 | Total Noticed: 38 |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 5481691 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 20:01:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5477148 + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 20:01:30 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5477150 + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 29 2025 19:47:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5477151 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2025 19:48:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5479050 + | Email/PDF: cbp@omf.com | Apr 29 2025 19:51:18 | OneMain Financial Group, LLC, OneMain Financial, PO Box 981037, Boston, MA 02298-1037 |
| 5501754 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 20:01:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5499560 | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2025 19:48:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5502910 | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2025 19:48:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5495282 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 19:50:41 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5477152 + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 19:50:57 | Synchrony Bank, Po Box 71737, Philadelphia, PA 19176-1737 |
| 5477153 + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 20:01:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5477154 + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 19:50:57 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5500310 | Email/Text: bncmail@w-legal.com | Apr 29 2025 19:48:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5477155 + | Email/Text: bncmail@w-legal.com | Apr 29 2025 19:48:00 | Target, Po Box 9475, Minneapolis, MN 55440-9475 |
| 5477156 | Email/Text: bknotice@upgrade.com | Apr 29 2025 19:47:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 5481275 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2025 19:48:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln NE 68508-1904 |
| 5477157 + | Email/PDF: cbp@omf.com | Apr 29 2025 19:50:39 | WebBank/OneMain, Attn: Bankruptcy, 215 South State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5477158 + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 29 2025 20:01:36 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |
| 5481131 + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 29 2025 20:01:36 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5477159 + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 29 2025 20:01:33 | Wells Fargo Dealer, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: n031 | Total Noticed: 38 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anthony Todd Leggett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00470−JAW
**Chapter:** 13

**In re:**

Anthony Todd Leggett
200 Richard Cv
Pearl, MS 39208

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 29, 2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 29, 2025                                    Danny L. Miller, Clerk of Court