B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re ANTHONY TODD LEGGETT            ,            Case No.  3-25-BK-00470

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | SYNCHRONY BANK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
LVNV Funding LLC  
PO Box 10587  
Greenville SC 29603

Court Claim # (if known): 23  
Amount of Claim: 668.17  
Date Claim Filed: 5/5/2025

Phone: (877) 264-5884  
Last Four Digits of Acct #: 6842

Phone:  
Last Four Digits of Acct. #: 6842

Name and Address where transferee payments should be sent (if different from above):  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC  29603

Phone: (877) 264-5884  
Last Four Digits of Acct #: 6842

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brandie McCann            Date: 7/3/2025  
    Transferee/Transferee's Agent  
    (877) 264-5884  
    AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.