## United States Bankruptcy Court

Southern District of Mississippi (Jackson-3 Divisional Office)

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 25-00470 |
| ANTHONY LEGGETT | CHAPTER: | 13 |

Debtors

### Change of address – Payment for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/22/2025                                   /s/Kimberly Aquino
                                                    Account Resolution Associate Manager
                                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Southern District of Mississippi (Jackson-3 Divisional Office)

| | |
|---|---|
| IN RE: | CASE NO.:   25-00470 |
| ANTHONY LEGGETT | CHAPTER:   13 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/22/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Kimberly Aquino
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By
[Method of delivery]:
[Name]
[Address]

09/22/2025                                         /s/Kimberly Aquino
                                                          Account Resolution Associate Manager
                                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto