United States Bankruptcy Court
Southern District of Mississippi

In re: Anthony Todd Leggett
Debtor

Case No. 25-00470-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad 
Date Rcvd: Oct 06, 2026 Form ID: ntcds13v Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Todd Leggett, 200 Richard Cv, Pearl, MS 39208-6398 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5477136 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 06 2026 20:06:19 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5477137 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 06 2026 20:06:12 | Affirm, Inc., 650 California St, San Francisco, CA 94108-2716 |
| 5487185 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 20:06:11 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5477138 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 20:06:11 | Ally Credit Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5477141 | + | EDI: CRFRSTNA.COM | Oct 06 2026 23:56:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5480672 | | EDI: CRFRSTNA.COM | Oct 06 2026 23:56:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5477139 | + | EDI: CAPITALONE.COM | Oct 06 2026 23:56:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5477140 | + | EDI: CITICORP | Oct 06 2026 23:56:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5477142 | + | EDI: CITICORP | Oct 06 2026 23:56:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5477143 | + | EDI: CITICORP | Oct 06 2026 23:56:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5477149 | | EDI: CITICORP | Oct 06 2026 23:56:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th St N, Sioux Falls, SD 57104 |
| 5477144 | + | EDI: CITICORP | Oct 06 2026 23:56:00 | Dillards/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5499251 | | EDI: DISCOVER | Oct 06 2026 23:56:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5477145 | + | EDI: DISCOVER | Oct 06 2026 23:56:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5477146 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 06 2026 20:01:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5477147 | | EDI: JEFFERSONCAP.COM | Oct 06 2026 23:56:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5535633 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 06 2026 20:06:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5481691 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 20:06:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5477148 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 20:06:11 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5477150 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 06 2026 20:01:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5595029 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2026 20:06:12 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 5477151 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 06 2026 20:01:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5479050 | + | EDI: AGFINANCE.COM | Oct 06 2026 23:56:00 | OneMain Financial Group, LLC, OneMain Financial, PO Box 981037, Boston, MA 02298-1037 |
| 5501754 | | EDI: PRA.COM | Oct 06 2026 23:56:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5499560 | | EDI: Q3G.COM | Oct 06 2026 23:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5502910 | | EDI: Q3G.COM | Oct 06 2026 23:56:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5495282 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 20:06:25 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492291 | | Email/Text: bankruptcy@springoakscapital.com | Oct 06 2026 20:01:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327 |
| 5477152 | + | EDI: SYNC | Oct 06 2026 23:56:00 | Synchrony Bank, Po Box 71737, Philadelphia, PA 19176-1737 |
| 5507366 | + | EDI: AIS.COM | Oct 06 2026 23:56:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5477153 | + | EDI: SYNC | Oct 06 2026 23:56:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5477154 | + | EDI: SYNC | Oct 06 2026 23:56:00 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5500310 | | Email/Text: bncmail@w-legal.com | Oct 06 2026 20:01:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5477155 | + | EDI: WTRRNBANK.COM | Oct 06 2026 23:56:00 | Target, Po Box 9475, Minneapolis, MN 55440-9475 |
| 5477156 | | Email/Text: bknotice@upgrade.com | Oct 06 2026 20:01:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 5481275 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 06 2026 20:01:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln NE 68508-1911 |
| 5477157 | + | EDI: AGFINANCE.COM | Oct 06 2026 23:56:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5477158 | + | EDI: WFHOME | Oct 06 2026 23:56:00 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |
| 5481131 | + | EDI: WFFC2 | Oct 06 2026 23:56:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5477159 | + | EDI: WFAUTO | Oct 06 2026 23:56:00 | Wells Fargo Dealer, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, P.O. Box 169005 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 5535635 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5535640 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5535643 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5535649 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anthony Todd Leggett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcds13v (12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 25−00470−JAW
Chapter: 13

In re:
Anthony Todd Leggett
200 Richard Cv
Pearl, MS 39208

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−1649

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on October 2, 2026, Anthony Todd Leggett (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 46). On October 6, 2026, the court entered an *ex parte* order (Dkt. # 47) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 10/6/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600